**Larry Keith GREEN, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF CORRECTION; North Carolina Industrial Commission, Defendants–Appellees.**

No. 01–7688.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

Larry Keith Green, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Larry Keith Green, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Green v. North Carolina Dep't of Corr.,* No. CA–01–618–5–BR (E.D.N.C. Sept. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*